**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TABBASSUM MUMTAZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.  4:23-CV-119-ALM |
| | § | |
| ALLSTATE FIRE AND CASUALTY | § | **(JURY)** |
| INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiff Tabbassum Mumtaz and Defendant Allstate Fire and Casualty Insurance Company and file this Joint Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1.    Plaintiff is Tabbassum Mumtaz.  Defendant is Allstate Fire and Casualty Insurance Company.

2.    Plaintiff filed suit against Defendant for damages under a homeowners' policy arising out of damages which occurred on May 30, 2021.

3.    Plaintiff and Defendant have reached a compromise and settlement regarding the claims in this lawsuit.  As a result, Plaintiff desires to dismiss with prejudice all claims and causes of action asserted against Defendant.  Both Plaintiff and Defendant agree to this dismissal with prejudice.

4.    This case is not a class action.

5.    A receiver has not been appointed in this action.

6.      This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7.      Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8.      This dismissal is requested to be with prejudice as to Defendant Allstate Fire and Casualty Insurance Company.

Respectfully submitted,

 /s/ P. Jacob Paschal
P. Jacob Paschal
State Bar No. 24065878
jpaschal@hmp-attorneys.com

Haney Paschal & Romoser, PC
1300 11th Street, Suite 405
Huntsville, Texas 77340
936-295-3712
936-295-3714 - Facsimile

**ATTORNEYS FOR PLAINTIFF**

 /s/ David G. Allen
David G. Allen
Texas Bar No. 00786972
allen@dallenlg.com
Brian G. Saucier
Texas Bar. No. 24037436
saucier@dallenlg.com

David Allen Law Group, PLLC
12222 Merit Drive, Suite 1200
Dallas, Texas 75258
214-748-5000
214-748-1421 – Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On September 27, 2023 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

 /s/ David G. Allen
David G. Allen
Brian G. Saucier