**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TABBASSUM MUMTAZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.  4:23-CV-119-ALM |
| | § | |
| ALLSTATE FIRE AND CASUALTY | § | **(JURY)** |
| INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on for consideration the Joint Stipulation of Dismissal with Prejudice of Plaintiff Tabbassum Mumtaz and Defendant Allstate Fire and Casualty Insurance Company, requesting a dismissal of the Plaintiff's claims with prejudice against Defendant. The Court, after having considered the Joint Stipulation of Dismissal with Prejudice, and the pleadings on file herein, is of the opinion that same should be GRANTED.

IT IS THEREFORE ORDERED that all of Plaintiff's claims against Defendant are hereby dismissed with prejudice, with all costs adjudged against the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 2nd day of October, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE